## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

**ROGER W. TITUS**  
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE  
GREENBELT, MARYLAND 20770  
301-344-0052

## M E M O R A N D U M

TO: Counsel of Record

FROM: Judge Roger W. Titus

RE: *United States of America v. Emanuel Honemond*  
Criminal No. RWT-14-0138

DATE: July 28, 2014

\* \* \* \* \* \* \* \* \*

At the request of the parties, the sentencing hearing previously scheduled for July 29, 2014 is hereby **RESCHEDULED** for **October 30, 2014 at 11:00 a.m.**

Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

/s/  
Roger W. Titus  
United States District Judge